UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X    Case No. 1:25-cv-08472-AS

LINDSAY GUERRA a/k/a LINDSAY BOFMAN,

                                    Plaintiff,                    **ANSWER**

            -against-

KAVULICH & ASSOCIATES, P.C. d/b/a
KAVULICH & ASSOCIATES, GARY KAVULICH,
and BUSHWICK REALTY HOLDINGS LLC,

                                    Defendants.
------------------------------------------------------------------------X

Kavulich & Associates, P.C. d/b/a Kavulich & Associates, Gary Kavulich, and Bushwick Realty Holdings

LLC (the "defendants" or "answering defendants"), by their attorneys, answers Lindsay Guerra a/k/a Lindsay

Bofman (the "plaintiff") complaint (the "Complaint") as follows:

## COMPLAINT AND JURY DEMAND

Defendants acknowledge plaintiff's claims pursuant to 15 U.S.C. §1692 *et. seq.* ("FDCPA"), New York

General Business Law NY GBS §349, *et seq.* and for the common law tort of defamation, but deny violations of

any named statutes and/or claims as alleged in the Complaint. Defendants acted appropriately, reasonable under

the circumstances and in accordance with applicable law in their efforts to collect an alleged debt from the

plaintiff.

## PRELIMINARY STATEMENT

1. Defendants deny the allegations contained in paragraph 1 of the Complaint.

2. Defendants deny the allegations contained in paragraph 2 of the Complaint.

3. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph

   3 of the Complaint.

4. Defendants deny the allegations contained in paragraph 4 of the Complaint.

## JURISDICTION & VENUE

5.   Defendants admit the allegations contained in paragraph 5 of the Complaint.

6.   Defendants admit the allegations contained in paragraph 6 of the Complaint.

7.   Defendants admit the allegations contained in paragraph 7 of the Complaint.

8.   Defendants admit the allegations contained in paragraph 8 of the Complaint.

9.   Defendants admit the allegations contained in paragraph 9 of the Complaint.

## ALLEGATIONS AS TO PARTIES

10.   Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint.

11.   Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint.

12.   Defendants admit the allegations contained in paragraph 12 of the Complaint.

13.   Defendants admit the allegations contained in paragraph 13 of the Complaint.

14.   Defendants deny the allegations contained in paragraph 14 of the Complaint.

15.   Defendants deny the allegations contained in paragraph 15 of the Complaint.

16.   Defendants deny the allegations contained in paragraph 16 of the Complaint.

17.   Defendants deny the allegations contained in paragraph 17 of the Complaint.

18.   Defendants admit the allegations contained in paragraph 18 of the Complaint.

19.   Defendants admit the allegations contained in paragraph 19 of the Complaint.

20.   Defendants admit the allegations contained in paragraph 20 of the Complaint.

21.   Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint.

22.   Defendants lack sufficient information to form a belief as to the truth of the allegations contained in

paragraph 22 of the Complaint.

## FACTUAL ALLEGATIONS

23.    Defendants repeat and reallege their previous admissions and denials contained in paragraphs 1 through 22 of the Complaint.

24.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint.

25.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint.

26.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint.

27.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.

28.    Defendants admit the allegations contained in paragraph 28 of the Complaint.

29.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint.

30.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint.

31.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint.

32.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint.

33.    Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint.

34. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint.

35. Defendants deny the allegations contained in paragraph 35 of the Complaint.

36. Defendants deny the allegations contained in paragraph 36 of the Complaint.

37. Defendants deny the allegations contained in paragraph 37 of the Complaint.

38. Defendants deny the allegations contained in paragraph 38 of the Complaint.

39. Defendants admit the allegations contained in paragraph 39 of the Complaint, and respectfully refer to the New York State Courts Electronic Filing System ("NYSCEF") case docket for all filings in the Civil Court Action.

40. Defendants deny the allegations contained in paragraph 40 of the Complaint.

41. Defendants deny the allegations contained in paragraph 41 of the Complaint.

42. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint.

43. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint.

44. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint.

45. Defendants admit that the Civil Court Action was commenced in Kings County, but lack sufficient information to form a belief as to the truth of all other allegations contained in paragraph 45 of the Complaint.

46. Defendants deny the allegations contained in paragraph 46 of the Complaint.

47. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint.

48. Defendants deny the allegations contained in paragraph 48 of the Complaint.

49. Defendants deny the allegations contained in paragraph 49 of the Complaint.

50. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint.

51. Defendants deny the allegations contained in paragraph 51 of the Complaint.

52. Defendants deny the allegations contained in paragraph 52 of the Complaint.

53. Defendants deny the allegations contained in paragraph 53 of the Complaint.

54. Defendants deny the allegations contained in paragraph 54 of the Complaint.

55. Defendants deny the allegations contained in paragraph 55 of the Complaint.

56. Defendants deny the allegations contained in paragraph 56 of the Complaint.

57. Defendants deny the allegations contained in paragraph 57 of the Complaint.

58. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint.

59. Defendants deny the allegations contained in paragraph 59 of the Complaint.

60. Defendants deny the allegations contained in paragraph 60 of the Complaint.

61. Defendants deny the allegations contained in paragraph 61 of the Complaint.

62. Defendants deny the allegations contained in paragraph 62 of the Complaint.

63. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint.

64. Defendants admit the allegations contained in paragraph 64 of the Complaint.

65. Defendants deny the allegations contained in paragraph 65 of the Complaint.

66. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in

paragraph 66 of the Complaint.

67. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint.

68. Defendants deny the allegations contained in paragraph 68 of the Complaint.

69. Defendants deny the allegations contained in paragraph 69 of the Complaint.

70. Defendants deny the allegations contained in paragraph 70 of the Complaint.

## PRACTICES OF DEFENDANTS

71. Defendants deny the allegations contained in paragraph 71 of the Complaint.

72. Defendants deny the allegations contained in paragraph 72 of the Complaint.

73. Defendants deny the allegations contained in paragraph 73 of the Complaint.

74. Defendants deny the allegations contained in paragraph 74 of the Complaint.

75. Defendants deny the allegations contained in paragraph 75 of the Complaint.

76. Defendants deny the allegations contained in paragraph 76 of the Complaint.

77. Defendants deny the allegations contained in paragraph 77 of the Complaint.

78. Defendants deny the allegations contained in paragraph 78 of the Complaint.

79. Defendants deny the allegations contained in paragraph 79 of the Complaint.

80. Defendants deny the allegations contained in paragraph 80 of the Complaint.

## ALLEGATIONS OF LAW

81. Defendants deny the allegations contained in paragraph 81 of the Complaint.

82. Defendants deny the allegations contained in paragraph 82 of the Complaint.

## CLAIMS FOR RELIEF

### COUNT 1

83. Defendants repeat and reallege their previous admissions and denials contained in paragraphs 1 through 82

of the Complaint.

84. Defendants deny the allegations contained in paragraph 84 of the Complaint.

85. Defendants deny the allegations contained in paragraph 85 of the Complaint.

86. Defendants deny the allegations contained in paragraph 86 of the Complaint.

87. Defendants deny the allegations contained in paragraph 87 of the Complaint.

88. Defendants deny the allegations contained in paragraph 88 of the Complaint.

89. Defendants deny the allegations contained in paragraph 89 of the Complaint.

90. Defendants deny the allegations contained in paragraph 90 of the Complaint.

## COUNT 2

91. Defendants repeat and reallege their previous admissions and denials contained in paragraphs 1 through 90 of the Complaint.

92. Defendants deny the allegations contained in paragraph 92 of the Complaint.

93. Defendants deny the allegations contained in paragraph 93 of the Complaint.

94. Defendants deny the allegations contained in paragraph 94 of the Complaint.

95. Defendants deny the allegations contained in paragraph 95 of the Complaint.

96. Defendants deny the allegations contained in paragraph 96 of the Complaint.

97. Defendants deny the allegations contained in paragraph 97 of the Complaint.

98. Defendants deny the allegations contained in paragraph 98 of the Complaint.

## COUNT 3

99. Defendants repeat and reallege their previous admissions and denials contained in paragraphs 1 through 98 of the Complaint.

100. Defendants deny the allegations contained in paragraph 100 of the Complaint.

101. Defendants deny the allegations contained in paragraph 101 of the Complaint.

102. Defendants deny the allegations contained in paragraph 102 of the Complaint.

103. Defendants deny the allegations contained in paragraph 103 of the Complaint.

104. Defendants deny the allegations contained in paragraph 104 of the Complaint.

105. Defendants deny the allegations contained in paragraph 105 of the Complaint.

106. Defendants deny the allegations contained in paragraph 106 of the Complaint.

107. Defendants deny the allegations contained in paragraph 107 of the Complaint.

108. Defendants deny the allegations contained in paragraph 108 of the Complaint.

## COUNT 4

109. Defendants repeat and reallege their previous admissions and denials contained in paragraphs 1 through 108 of the Complaint.

110. Defendants deny the allegations contained in paragraph 110 of the Complaint.

111. Defendants deny the allegations contained in paragraph 111 of the Complaint.

112. Defendants deny the allegations contained in paragraph 112 of the Complaint.

113. Defendants deny the allegations contained in paragraph 113 of the Complaint.

114. Defendants deny the allegations contained in paragraph 114 of the Complaint.

115. Defendants deny the allegations contained in paragraph 115 of the Complaint.

116. Defendants deny the allegations contained in paragraph 116 of the Complaint.

117. Defendants deny the allegations contained in paragraph 117 of the Complaint.

118. Defendants deny the allegations contained in paragraph 118 of the Complaint to the extent a response is required.

## COUNT 5

119. Defendants repeat and reallege their previous admissions and denials contained in paragraphs 1 through 118 of the Complaint.

120. Defendants deny the allegations contained in paragraph 120 of the Complaint.

121. Defendants deny the allegations contained in paragraph 121 of the Complaint.

122. Defendants deny the allegations contained in paragraph 122 of the Complaint.

123. Defendants deny the allegations contained in paragraph 123 of the Complaint.

124. Defendants deny the allegations contained in paragraph 124 of the Complaint.

125. Defendants deny the allegations contained in paragraph 125 of the Complaint.

126. Defendants deny the allegations contained in paragraph 126 of the Complaint.

## COUNT 6

127. Defendants repeat and reallege their previous admissions and denials contained in paragraphs 1 through 126 of the Complaint.

128. Defendants deny the allegations contained in paragraph 128 of the Complaint.

129. Defendants deny the allegations contained in paragraph 129 of the Complaint.

130. Defendants deny the allegations contained in paragraph 130 of the Complaint.

131. Defendants deny the allegations contained in paragraph 131 of the Complaint.

132. Defendants deny the allegations contained in paragraph 132 of the Complaint.

133. Defendants deny the allegations contained in paragraph 133 of the Complaint.

134. Defendants deny the allegations contained in paragraph 134 of the Complaint.

135. Defendants deny the allegations contained in paragraph 135 of the Complaint.

## COUNT 7

136. Defendants repeat and reallege their previous admissions and denials contained in paragraphs 1 through 135 of the Complaint.

137. Defendants admit the allegations contained in paragraph 137 of the Complaint.

138. Defendants admit the allegations contained in paragraph 138 of the Complaint.

139. Defendants deny the allegations contained in paragraph 139 of the Complaint.

140. Defendants deny the allegations contained in paragraph 140 of the Complaint.

141. Defendants deny the allegations contained in paragraph 141 of the Complaint.

142. Defendants deny the allegations contained in paragraph 142 of the Complaint.

143. Defendants deny the allegations contained in paragraph 143 of the Complaint.

144. Defendants deny the allegations contained in paragraph 144 of the Complaint.

145. Defendants deny the allegations contained in paragraph 145 of the Complaint.

## AFFIRMATIVE DEFENSES

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

146. The Complaint fails to state a claim which may be granted against the answering defendants for the following reasons: (1) The falsity of relevant allegations set forth in the Complaint; (2) The lack of materiality to any false, deceptive, or misleading representation or means employed by the answering defendants; and (3) The actions and/or statements made by the defendants, even if false, could not have deceived or misled the plaintiffs or even the "least sophisticated consumer."

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

147. Plaintiff's claims are barred in whole or in part due to the passage of the applicable statute of limitations.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

148. Plaintiff has failed to demonstrate actual damages resulting from Defendants' alleged conduct.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

149. Defendants lacked knowledge that plaintiff was allegedly a victim of identity theft when the Civil Court Action was commenced.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

150. Defendants' actions were not the proximate cause of any harm alleged by plaintiff. To the extent that

plaintiff suffered any injury or damages, plaintiff has not suffered any injury or damages attributable to any conduct on the part of the answering defendants.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

151. Defendants did not engage in deceptive acts or practices in violation of New York General Business Law §349.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

152. Plaintiff's claim under New York General Business Law § 349 fails because defendants' conduct was not consumer-oriented. The Civil Court Action was a private dispute regarding alleged unpaid rent, not a deceptive practice aimed at consumers at large.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

153. Defendants did not act with any intent to harass, oppress, or abuse the plaintiff in violation of the FDCPA.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

154. Defendants did not act with actual malice toward Plaintiff. Any statements made by Defendants were made without knowledge of falsity or reckless disregard for the truth.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

155. The identity theft that allegedly victimized the plaintiff constitutes a sudden, unexpected and unforeseeable intervening criminal act that breaks the chain of causation between any alleged culpable conduct by the defendants and plaintiff's claimed damages.

### AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

156. Any statements made by defendants in the course of the Civil Court Action were true based on the information and documents available to the defendants at the time.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

157. To the extent that a violation of any provision of 15 USC §1692 occurred, which violation is expressly

denied, such violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. Defendants reasonably relied on information provided and screening procedures before the subject apartment was leased. This reliance was reasonable and in good faith.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

158. To the extent that a violation of any provision of 15 USC §1692 occurred, which violation is expressly denied, such violation was the result of acts of non-agents, or agents acting outside the scope of their authority.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

159. Defendants' reserve the right to assert any additional defenses and/or supplement and amend this answer upon the discovery of more definite facts as it relates to the claims asserted in the Complaint.

WHEREFORE, answering defendants respectfully request that this Court enter judgment herein dismissing plaintiffs' claims against them in their entirety, together with such other, further, and different relief as this Court deems just and proper.

Dated: Port Chester, NY 10573
January 14, 2026

Kavulich & Associates, P.C.
By: Gary M. Kavulich, Esq.
181 Westchester Ave., Suite 301B
Port Chester, NY 10573
Tel: (914) 355-2074
Fax: (914) 355-2078
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of January, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the same to all counsel of record.

_____
Gary M. Kavulich, Esq.

Case No. 1:25-cv-08472-AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDSAY GUERRA a/k/a LINDSAY BOFMAN,

                      Plaintiff,

    -against-

KAVULICH & ASSOCIATES, P.C. d/b/a
KAVULICH & ASSOCIATES, GARY KAVULICH,
and BUSHWICK REALTY HOLDINGS LLC,

                    Defendants.

**ANSWER**

Print Name Beneath -                                  Gary M. Kavulich, Esq.

Kavulich & Associates, P.C.
181 Westchester Ave., Suite 301B
Port Chester, NY 10573
Tel: (914) 355-2074
*Attorneys for Defendants*