UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDSAY GUERRA a/k/a LINDSAY BOFMAN,

Plaintiff,

-against-

KAVULICH & ASSOCIATES, P.C. d/b/a KAVULICH & ASSOCIATES, GARY KAVULICH, and BUSHWICK REALTY HOLDINGS LLC,

Defendants.

25-cv-8472 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The deadline for the parties to file post-discovery summary judgment motions was November 20, 2026. *See* Dkt. 25. That deadline has now passed without any motion being filed. The parties should file a joint letter motion on or before **November 25, 2026**, which includes three different weeks during the next six months when the parties would be available for trial.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge